# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

## COMPLAINT FORM

Full name(s) of Plaintiff(s)
(Do not use *et al.*)

Alexander McArthur

v.

Nino's Market
521 Ferry St NH CT
06513

Case No. 3:20CV1054 (SRU)
(To be supplied by the Court)

Full names of Defendant(s)
(Do not use *et al.*)

### A. PARTIES

1. Alexander McArthur (Plaintiff) is a citizen of CT (State) who presently resides at 456 Lombard st # 105 NH ct 06513 (mailing address)

2. Defendant Nino's Market (name of first defendant) is a citizen of CT (State) whose address is 521 Ferry st NH ct 06513

3. Defendant __Nino's Market__ is a citizen of __CT__
   (name of second defendant)                    (State)

whose address is __521 Ferry St NH CT 06513__

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's identity and complete address.)

**B. JURISDICTION**

The jurisdiction of this court is invoked pursuant to: (list statute(s))

U.S. code title 42 chapter 21 - civil Rights
title 52 civil action chapter 925
violation of section 53a-181l, 53a-181k or 53a-181
42 US. code § 3617   18 U.S. code § 1512
Section 35-45-2-1
Code § 35-45-2-1

**C. NATURE OF THE CASE**

BRIEFLY state the background of your case.

Attack By store clerk friends And or Employees and Robbed By store clerk and her friends Snatched my bag of steak n cheese sub and soda Retaliated Against me from the time the store sold me a Defaulty Poduct, I was a victim then filed a civil claim about last week

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities or my rights under a federal statute have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** _Litigation Attached_

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

**Claim II:** _Litigation Attached_

Supporting Facts:

3

## E. REQUEST FOR RELIEF
WHEREFORE, plaintiff demands: (state the relief you seek)

I demand Millions and Millions of Dollars they took from me with No Regards of My Hunger, No Regards for Humanity what so ever unless thee Ultimate Judges take charge of My Defense. I'll say I Trust thee Ultimate Judges

## F. JURY DEMAND

Do you wish to have a jury trial? (Yes)   No

_____   _____
Original signature of attorney (if any)   Plaintiff's Original Signature

Alexander M*[illegible]*
_____   _____
Printed Name                Printed Name

456 Lombard st #105
NH ct 06513                 # 203-887-219*[illegible]*
( )                         ( )
Attorney's full address and telephone   Plaintiff's full address and telephone


_____   _____
Email address if available   Email address if available


## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at __New Haven__ on __7-24-2020__
            (location)              (date)

_____
Plaintiff's Original Signature


(Rev.3/29/16)


5

Alexander McArthur

VERSUS

Nino's Market
521 Ferry St
New Haven, CT
06513

*[signature]*

Alexander McArthur

7-24-2020

Incident Approximately 9:10 AM to 9:20 AM 9:36 AM July 24, 2020

Just arrived Home from Becoming a Victim of an Assault at Convient Store Nino's Market on Ferry St 521 Ferry Street New Haven CT 06513
I was next door seeking Assistance in having Breakfast when a Man offered to buy me a sub— A Streak N cheeze sub— He handed me a Streak N cheeze sub and offered me a soda— I excepted Both offers and said Thank you Repeatedly Because I appreciated the offers. Upon Departure I entered Nino's Market on Ferry Street for the Purchase of Loose Cigarettes when Store Clerk said she can't serve me because Nitro said they Way you was ~~in~~ Relating to My past Civil Claim Against them for Defaulty Product I purchase, and for threats, Intimidation, and for Highway Robbery, Larceny, Breach— I was there And Nitro seemed to have forgotten that day and he let me Purchase a Bottle of "All-Purpose Clean and fresh cleaner Pine Pino", for the price of $1.29. I still have the product

Alexander McArthur 7-24-2020

## File Claims

※ U.S. Code Title 42, Chapter 21 - Civil Rights - Discrimination

※ Title 52 - Civil Actions Chapter 925 - Statutory Rights of Action and Defences 52-571c - Action from for Damages resulting from Intimidation base on Bigotry or Bias

※ Intimidation Act of Injury Civil Action to recover Damages for such injury
※ Constitutes of violation of section 53a-181i, 53a-181k or 53a-181l

※ Section 35-45-2-1 Intimidation, Ind. Code § 35-45-2-1

※ 42 U.S. Code § 3617, Interference, coercion, Intimidates, threaten

※ 18 U.S. Code § 1512 - Tampering with a Witness, Victim, or an informant

Anyway, on my way out of the convient store, that Store Clerk, women, Had her friends physically attack me, and snatch out of my hand my Bag of steak n cheese sub and Soda a man was Kind enough to buy me. The Store Clerk had her friends attack me on my way out the convient Store. The Store Clerk told me she can't serve me Because Nitro said — Nitro is the said Store own who tried to beat me up and she now who had her friends snatch my Steak n Cheese Sub and Soda from the Bag I was holding, is the Same Woman who had to along with other Employees had to hold Nitro back away from me while I was standing wearing flipflops and Vulnerable, when I only wanted a Refund for the purchase I made of a Defalty product. I alread filed the Civil Claim as Records will proof. Nevermind Proof of their Cameras. That's there place of Business, and I shall never Return, once People are Scornful towards you for what ever reason, they will always be scornful. It is best to stay away

9:58AM 7-24-2020

Alexander McKinnon

This is Worser 7-24-20 than the First Claim An Attack Actually had Accured. My Chest was Hit, My foods and Drink was Snatched out of My hands Once out the Store I could not turn around My Safty would have been Jeaperd